O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENITO T. CHUA, LETICIA T. CHUA, | ) ) ) | Case No. CV 11-05894 DDP (SPx) |
| Plaintiffs, | ) ) | **ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |
| v. | ) ) | |
| IB PROPERTY HOLDINGS, LLC, | ) ) | [Docket No. 15] |
| Defendant. | ) ) | |
| _____ | ) | |

    Presently before the court is Defendant IB Property Holdings, LLC's Motion for Judgment on the Pleadings. Because Plaintiffs have not filed an opposition, the court GRANTS the motion.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

    The hearing on Defendant's motion was set for November 7, 2011. Plaintiffs' opposition was therefore due by October 17,

2011. As of the date of this Order, Plaintiffs have not filed an opposition, or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiffs' failure to oppose as consent to granting the Motion for Judgment on the Pleadings, and GRANTS the Motion. Plaintiffs' Complaint is dismissed without prejudice.

IT IS SO ORDERED.


Dated: November 8, 2011

DEAN D. PREGERSON
United States District Judge